# Summons

## Collection Information Statement

In the matter of  ERNEST J LEACH, 218 SE 2ND TER, DANIA, FL 33004-4008
Internal Revenue Service (Identify Division)  SMALL BUSINESS/SELF EMPLOYED
Industry/Area (Identify by number or name)  SB/SE AREA 3 (23)
Periods:  Form 1040 for the calendar periods ending December 31, 2006, December 31, 2007 and December 31, 2008

The Commissioner of Internal Revenue

To:  ERNEST J LEACH
At:  218 SE 2ND TER, DANIA, FL 33004-4008

You are hereby summoned and required to appear before B. WESTON, an Internal Revenue Service (IRS) officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 07/01/2011   To 12/01/2011

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

INTERNAL REVENUE SERVICE, 7850 S.W. 6TH COURT M/S 5190, PLANTATION  FL 33324-3202  (954) 423-7095

Place and time for appearance: At  INTERNAL REVENUE SERVICE, 7850 S.W. 6TH COURT M/S 5190, PLANTATION, FL 33324-3202

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the  24th  day of  February , 2012  at  1:30  o'clock  p  m.

Issued under authority of the Internal Revenue Code this  30th  day of  January , 2012

B. WESTON      _B. Weston_          REVENUE OFFICER
Signature of issuing officer                Title

_____     _____
Signature of approving officer (if applicable)          Title

Exhibit A-1

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date  January 30, 2012                           Time  3:25 pm

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).
An envelope in Door jam

Signature  B. Witt                               Title  Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature  B. Witt                               Title  Revenue Officer

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)